STARKS, APPELLEE, *v.* FEDERAL INSURANCE COMPANY ET AL., APPELLANTS.

[Cite as *Starks v. Fed. Ins. Co.,* 102 Ohio St.3d 91, 2004-Ohio-1998.]

(No. 2003–1742—Submitted March 15, 2004—Decided May 5, 2004.)

———————

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court on the authority of *Westfield Ins. Co. v. Galatis*, 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

———————

John S. Coury, for appellee.

Gallagher, Sharp, Fulton & Norman, Jay Clinton Rice and Richard C.O. Rezie, for appellant Federal Insurance Company.

Ulmer & Berne, L.L.P., Thomas L. Rosenberg and Carl A. Anthony, for appellant Regent Insurance Company.